O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PETER BERROCAL, | ) | Case No. CV 09-08654 DDP (CWx) |
| | ) | |
| Plaintiff, | ) | **ORDER TO SHOW CAUSE WHY THIS CASE** |
| | ) | **SHOULD NOT BE DISMISSED FOR LACK** |
| v. | ) | **OF SUBJECT MATTER JURISDICTION** |
| | ) | |
| WMC MORTGAGE CORP.; DEUTSCHE | ) | |
| BANK NATIONAL TRUST COMAPNY | ) | |
| AS TRUSTEE FOR MORGAN | ) | |
| STANLEY ABS CAPITAL I INC., | ) | |
| TRUST 2006-WMC3; KIP PIERCE, | ) | |
| an individual; EQUITY FIRM, | ) | |
| INC.; AMERICAN | ) | |
| INTGERNATIONAL GROUP, INC.; | ) | |
| NDEX WEST, LLC dba AMERICA'S | ) | |
| SERVICING COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Plaintiff filed this suit relating to a mortgage transaction, raising eight California state law causes of action.  It is not clear to the Court that this case is one "arising under the Constitution, laws, or treaties of the United States" as required to establish federal question jurisdiction under 28 U.S.C. § 1331.

Accordingly, the Court orders the parties to file cross-briefs, not to exceed ten (10) pages, within ten (10) days of the date of this order, to show cause why this case should not be

1  dismissed for lack of subject matter jurisdiction.  If a party does

2  not file a brief, the Court will regard that party as not opposing

3  dismissal of this matter.

4

5

6  IT IS SO ORDERED.

7

8

9  Dated: January 14, 2010

10                                    DEAN D.  PREGERSON
                                      United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2